RECEIVED
USDC CLERK FLORENCE SC
2010 JAN 27 A 10: 52

RECEIVED
FLORENCE, SC
2008 JAN 17 A 10: 28

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA )
Plantiff )
)
) Case No.: 06-CR-000224 (TLW)
) Pursuant FED.R.CRIM.P. 36
vs. )
) **DENIED**
)
AWRIN LUKE TRIMBLE )
Defendant )

Terry L. Wooten  1-26-10
TERRY L. WOOTEN         DATE
U.S. DISTRICT JUDGE

**MOTION**

Now Comes, AWRIN LUKE TRIMBLE, Petitioner appearing Pro se, and on the papers and proceedings had herein, will move this Honorable Court located at: U.S. Courthouse 401 West Evans Street Florence S.C. 29503 on January 31, 2008 at 11'oclock a.m. or soon thereafter as counsel can be heard, for an order granting the following relief:

1) An Order changing the name in the proceedings had herein to accurately reflect the defendant's true name and all other documents associated with this case that may contain the alias.

2) An Order granting any and all further relief the court may deem just and appropriate.

Dated: 01-06-08

Respectfully submitted,

A. L. Trimble

Awrin Luke Trimble, Pro se
Elkton F.C.I.
P.O. Box 10
Lisbon OH 44432

1